■ Noel T. Burke, Appellant, v Mary A. Cutting, Doing Business as T's Tavern, Respondent.—Order unanimously affirmed without costs for the reason stated in decision at Supreme Court, Ostrowski, J. (Appeal from Order of Supreme Court, Erie County, Ostrowski, J.—Summary Judgment.) Present—Dillon, P. J., Doerr, Boomer, Pine and Lawton, JJ.